45C01-2108-CT-000843
Lake Circuit Court

Filed: 8/31/2021 7:13 AM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT / SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING IN LAKE COUNTY, INDIANA |

KAREN HANSEN,                 )
                              )
        Plaintiff,            )
                              )
    v.                        )    CAUSE NO.:
                              )
SPEEDWAY LLC,                 )
                              )
        Defendant.            )

## COMPLAINT FOR DAMAGES AND JURY DEMAND

COMES NOW, the Plaintiff, Karen Hansen, by Counsel, Ryan J. Schoffelmeer, of Walter J. Alvarez, P.C., and for her cause of action against Defendant, Speedway LLC, now states as follows:

1. This is a civil action for injuries and damages that the Plaintiff, Karen Hansen, sustained as a result of a slip and fall incident which occurred on August 2, 2020, on the premises of the store/facility, commonly known as Speedway LLC, located at or near 2101 E. Commercial Avenue, in Lowell, Lake County, State of Indiana, which was owned, operated and/or controlled by the Defendant, Speedway LLC.

2. On said date, the Plaintiff was walking on a sidewalk in front of the Speedway, when the Plaintiff was forced to walk around a pillar to the outside, due to the sidewalk being obstructed by sale items, displays, garbage cans or the like, when her foot slipped off the curve, causing injuries to her person.

3. At said date and time, the Plaintiff was lawfully on the premises of the Defendant as an invitee and with the permission of, and for the benefit of, the Defendant.

4. At said date and time, due to the negligence of the Defendant, the Plaintiff slipped

and fell, and sustained injuries to her person.

5. That the Defendant had a duty to the Plaintiff to maintain the premises in a reasonably safe condition, and that the Defendant was negligent regarding same.

6. That the Defendant's negligence includes, but is not limited to, all of the following:

   a. Failing to provide a reasonably safe walkway for invitees to enter and exit;

   b. Failure to exercise reasonable care to discover a dangerous condition which provided an unreasonable risk of harm to Plaintiff;

   c. Failing to operate the establishment in a reasonably careful and prudent manner;

   d. Failure to exercise reasonable care to protect invitees against danger, when the Defendant knew, or should have known that its invitees would not realize the danger or would fail to protect themselves against said danger;

   e. Failing to follow recommendations that would prevent this aforementioned hazard;

   f. Failing to use the requisite degree of care that a reasonably prudent person would have used under the same or similar conditions;

   g. Failure to exercise reasonable and prudent care for the safety of their invitees;

   h. Negligent hiring and/or training and/or supervision of individuals, employees, and/or other entities;

   i. Failing to adequately maintain the premises in a safe condition and/or alert the Plaintiff of the unsafe and/or dangerous conditions; and

   j. Failure to comply with the doctrine of spoliation of evidence, pursuant to Indiana law, to maintain and preserve evidence.

7. That as a direct and proximate result of the negligence of the Defendant, the Plaintiff sustained injuries, some of which are permanent, incurred medical expenses for care, testing and treatment, suffered loss of wages and earning ability, and an inability to

engage in their normal daily activities for an indefinite period of time.

WHEREFORE, the Plaintiff, by Counsel, demands judgment against the Defendant, Speedway LLC, and prays as follows:

a. For reasonable compensatory damages;

b. For pre-judgment interest and post judgment interest;

c. For the costs of this action; and

d. For all other necessary and proper relief.

WALTER J. ALVAREZ, P.C.
Attorneys for Plaintiff

By: *Ryan J. Schoffelmeer/ove*
Ryan J. Schoffelmeer, #31499-64
WALTER J. ALVAREZ, P.C.
1524 West 96th Avenue
Crown Point, IN 46307
(219) 662-6400

**PLAINTIFF DEMANDS TRIAL BY JURY.**

WALTER J. ALVAREZ, P.C.
Attorneys for Plaintiff

By: *Ryan J. Schoffelmeer/ove*
Ryan J. Schoffelmeer, #31499-64
WALTER J. ALVAREZ, P.C.
1524 West 96th Avenue
Crown Point, IN 46307
(219) 662-6400